Brent R. Boos (Bar. No. 292808)
brent@kingsiegel.com
Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Suite 201
Los Angeles, California 90014
tel:  (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
and Aggrieved Employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Evaristo Gonzalez**, on behalf of himself and all similarly situated individuals;<br><br>       Plaintiff,<br><br>     vs.<br><br>**Big Lots Stores, LLC**, an Ohio limited liability company; **AVDC, LLC**, an Ohio limited liability company; and **Does 1-10**, inclusive;<br><br>       Defendants. | Case No. 5:22-cv-02056 DOC (SHKx)<br><br>Assigned to Hon. David O. Carter<br><br>**APPLICATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Action Filed:  October 20, 2022<br>Removal Date:  November 18, 2022<br><br>*Filed concurrently with Declaration of Brent Boos in Support of Application for Voluntary Dismissal of Entire Action Without Prejudice; and Joint Stipulation Re: Dismissal of Entire Action Without Prejudice* |

To the Court and all counsel of record:

**Please take notice** that Plaintiff Evaristo Gonzalez will and hereby does apply to this Court for leave to voluntarily dismiss this entire action, which includes individual, class, and Private Attorney General Act ("PAGA") causes of action, without prejudice.

1.      On October 21, 2021, the San Bernardino County Superior Court approved a settlement in a representative action that sought PAGA penalties for the same purported Labor Code violations as those alleged by Plaintiff in his Complaint. (*Ashley Flores v. AVDC, Inc*., Case No. CIVSB2025388 ("*Flores*")). *See* Defendants' Request for Judicial Notice (Doc. 9-3) at p. 3:10-11.

2.      The *Flores* settlement released the PAGA claims of all non-exempt, hourly employees that worked at Defendants' Apple Valley distribution center ("AVDC") for the period from June 21, 2018, to October 21, 2021, including Plaintiff's. *Id*. At Ex. 1.

3.      The *Flores* settlement, which was filed prior to the instant action, asserted PAGA claims arising out of the same nucleus of operative facts as alleged by Plaintiff against Defendants. The *Flores* settlement sought the same relief for penalties under the Private Attorney's General Act as to each statute for which Plaintiffs seek PAGA penalties. Thus, the instant action and the *Flores* settlement are duplicative in terms of the relief sought. Declaration of Brent Boos in Support of Application for Voluntary Dismissal of Entire Action Without Prejudice, at ¶ 6.

4.      Because Plaintiff's entire employment with Defendants occurred within the period covered by the *Flores* settlement, and because instant action and the *Flores* settlement are duplicative in terms of the relief sought, the PAGA claims asserted in this action are subsumed by the claims in the *Flores* action. *Id*. at ¶ 7.

5.      Further, in reliance on the representations made in the Declaration of Brett Tiberi on December 19, 2022, Plaintiff has determined that a valid arbitration agreement exists between Plaintiff and Defendants (collectively, the "Parties"), which

1

1   specifically includes an enforceable waiver of any class action claims in any arbitration

2   or in any court or any other forum. *Id*. at ¶ 8; *see also* Joint Stipulation Re: Dismissal

3   of Entire Action Without Prejudice, Ex. A.

4       6.      Based on the foregoing, the Parties entered into a joint stipulation to dis-

5   miss Plaintiff's entire action without prejudice, and with a waiver of costs such that

6   each party will bear their own attorneys' fees and costs. *See* Joint Stipulation Re: Dis-

7   missal of Entire Action Without Prejudice.

8       7.      Given the overlapping nature of the claims in the PAGA Actions and

9   Plaintiff's case, as well as the arbitration agreement between the Parties, Plaintiff re-

10  spectfully request that the Court approve dismissal of Plaintiff's entire action, includ-

11  ing PAGA, class, and individual claims without prejudice, and sign the [Proposed]

12  Order submitted concurrently with this application.

13      8.      This application is supported by the accompanying Declaration of Brent

14  Boos.

15

16  Dated:       December 23, 2022            Respectfully submitted,

17                                            **KING & SIEGEL LLP**

18
                                             By: _____
19
                                                Brent Boos
20                                              Attorneys for Plaintiff
21                                              and Aggrieved Employees

22

23

24

25

26

27

28

King & Siegel LLP