JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **Evaristo Gonzalez**, on behalf of himself and all similarly situated individuals;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**Big Lots Stores, LLC**, an Ohio limited liability company; **AVDC, LLC**, an Ohio limited liability company; and **Does 1-10**, inclusive;<br><br>　　　　Defendants. | Case No. 5:22-cv-02056 DOC (SHKx)<br><br>**ORDER ON APPLICATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREUDICE [14]** |

　　The parties have stipulated to dismiss the entire action without prejudice with each party bearing their own fees and costs. [Doc. 14]. For good cause shown, Plaintiff's Application for Voluntary Dismissal of Entire Action Without Prejudice is **GRANTED**.

IT IS SO ORDERED

Dated:  December 28, 2022

　　　　　　　　　　　　　　　　　　　*/s/ David O. Carter*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE